UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY LONON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV413-115 |
| | ) |
| GLOBUS MEDICAL, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court having reviewed and considered the petition of Denise B. Bense of the law firm of Cozen O'Connor, 1650 Market Street, One Liberty Place, Suite 2800, Philadelphia, Pennsylvania 19103, for permission to appear pro hac vice on behalf of defendant Globus Medical, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Denise B. Bense as counsel of record for defendant Globus Medical, Inc., in this case.

**SO ORDERED** this __21st__ day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA